UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:10-cr-168-JCM-RJJ |
| vs. ) | |
| DANIEL FIGUEROA-RANGEL, ) | O R D E R |
| Defendant, ) | |

This matter is before the Court on the Government's Motion to Strike Defendant's Motion to Suppress (#43).

The Court having reviewed the Motion (#43) and the docket herein finds that a Second Superseding Indictment (#47) was filed on June 1, 2011, and the Government filed a Response (#46) to the Motion to Suppress (#41). Good cause appearing therefore,

IT IS HEREBY ORDERED that the Government's Motion to Strike Defendant's Motion to Suppress (#43) is **DENIED.**

DATED this   6th   day of June, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge