UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff(s),<br><br>  v.<br><br>DANIEL FIGUEROA-RANGEL,<br><br>         Defendant(s). | Case No. 2:10-CR-168 JCM (RJJ)<br><br>AMENDED ORDER |

  Presently before the court is the case of *United States of America v. Figueroa-Rangel*, case number 2:10-cr-00168.

  The federal public defender filed a motion to appoint counsel for defendant for the purpose of determining whether defendant may qualify for a sentence reduction (doc. # 84), and pursuant to the District of Nevada's protocol for discretionary sentence reductions, the court entered an order appointing the federal public defender as counsel to represent the defendant. (Doc. # 85).

  Included in the joint stipulation is a declaration from the defendant consenting to the entry of an amended sentence and setting forth the appropriate waivers. (Doc. #87-1). The joint stipulation also contains a certification by defense counsel that counsel has communicated with the defendant and that the defendant consents to the proposed resolution. Finally, the joint stipulation sets forth the amended guidelines sentencing range as calculated by the parties and an agreement to a particular sentence.

  Accordingly,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Daniel Figueroa-Rangel be, and the same hereby is, GRANTED a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

**James C. Mahan**
**U.S. District Judge**

1        IT IS FURTHER ORDERED that defendant's sentence of imprisonment is reduced on Count 1 to 70 months' imprisonment, for a total sentence of 130 months.  All other provisions of the judgment dated October 3, 2012, are to remain in effect.

DATED January 22, 2016.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge